# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

EARL MARKEY,

                Petitioner

                v.

GOVERNOR TOM WOLF,

                Respondent

: No. 75 MM 2020
:
:
:
:
: Application for Extraordinary Relief
: Pursuant to the Court's King Bench
: Jurisdiction
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2020, Petitioner's Application for Leave of Court to File Reply is **GRANTED.** Petitioner's Emergency *Ex Parte* Application for Extraordinary Relief Pursuant to the Court's King's Bench Jurisdiction is **DENIED**.